IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02092-AP

JEREMY A. AGUIRRE,
        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
        Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | J.B. García |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (**303) 844-1948** |
| | **robert.vansaghi@ssa.gov** |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

  A.  Date Complaint Was Filed:     **8/8/12.**
  B.  Date Complaint Was Served on U.S. Attorney's Office: **10/11/12**.
  C.  Date Answer and Administrative Record Were Filed: **11/26/12.**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.     OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.     BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, which is outside the standard 40 days due to Plaintiff's counsel's workload in December 2012 and January 2013:

  A.  Plaintiff's Opening Brief Due**:     2/7/13.**
  B.  Defendant's Response Brief Due**:     3/9/13.**
  C.  Plaintiff's Reply Brief (If Any) Due: **3/26/13**.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.     Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

   B.     (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

   DATED this 19th day of December, 2012.

                                                            BY THE COURT:


                                                            <u>*s/John L. Kane*_____</u>
                                                            U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

**s/Michael W. Seckar**  
Michael W. Seckar, Esq.  
402 W. 12th Street  
Pueblo, Colorado 81003  
719-543-8636  
seckarlaw@mindspring.com

JOHN F. WALSH  
United States Attorney

J.B. GARCIA  
Assistant United States Attorney  
District of Colorado

**s/Robert L. Van Saghi**  
By: Robert L. Van Saghi  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
1001 Seventeenth Street, 6th Floor  
Denver, Colorado 80202  
(303) 844-11948  
robert.vansaghi@ssa.gov