IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02092-AP

JEREMY A. AGUIRRE,
    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | J.B. García |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (**303) 844-1948** |
| | **robert.vansaghi@ssa.gov** |

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

A.  Date Complaint Was Filed:                                      **8/8/12.**
B.  Date Complaint Was Served on U.S. Attorney's Office: **10/11/12.**
C.  Date Answer and Administrative Record Were Filed:  **11/26/12.**

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.   OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.   BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, which is outside the standard 40 days due to Plaintiff's counsel's workload in December 2012 and January 2013:

A.  Plaintiff's Opening Brief Due**:       2/7/13.**
B.  Defendant's Response Brief Due**:   3/9/13.**
C.  Plaintiff's Reply Brief (If Any) Due: **3/26/13**.

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
      B.    Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 19th day of December, 2012.

                                  BY THE COURT:

                                  <u>*s/John L. Kane*_____</u>
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar**
Michael W. Seckar, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

JOHN F. WALSH
United States Attorney

J.B. GARCIA
Assistant United States Attorney
District of Colorado

**s/Robert L. Van Saghi**
By: Robert L. Van Saghi
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street, 6th Floor
Denver, Colorado 80202
(303) 844-11948
robert.vansaghi@ssa.gov