IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02092-MSK

JEREMY A. AGUIRRE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 13, 2013, (**Doc. #20**), it is

ORDERED that, finding reversible error at Step 4, the Commissioner of Social Security's decision is REVERSED, the case is REMANDED, and the case is hereby CLOSED.  It is further

ORDERED that plaintiff is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day September, 2013.

    ENTERED FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk